396 A.2d 11

Commonwealth v. Allen, Appellant.

Submitted November 14, 1977. Dennis J. Stefanik, for appellant; Fred Sentner, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.